UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MISHAW,

                Plaintiff,                Case No. 2:25-cv-11007

v.                                  Hon. Susan K. DeClercq
                                  United States District Judge

JACKSON, COUNTY OF, et al,
                Defendants.

_____/

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY (ECF No. 29) AND SUBSTITUTING MARGARET MISHAW, PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL MISHAW, AS PLAINTIFF**

On January 30, 2026, Plaintiff Michael Mishaw passed away. ECF No. 29-2, PageID.379. On the same date, Defendants filed a suggestion of Mishaw's death. ECF No. 22. Within 90 days, on April 22, 2026, Counsel for the Estate of Michael Mishaw filed the pending motion seeking to substitute Margaret Mishaw, personal representative of the Estate of Michael Mishaw, as plaintiff. ECF No. 29. Defendants filed a response on May 1, 2026, recognizing the discretion of this Court to grant this motion. ECF No. 30.

Civil Rule 25 sets forth the procedure for the substitution of a new party upon the death of an existing party. It provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." FED. R. CIV. P.

25(a)(1). The motion must be made by "any party or by the decedent's successor or representative." *Id.* To survive dismissal, the motion must be made "within 90 days after service of a statement noting the death." *Id.*

"'The language of Rule 25 is permissive and the decision to substitute a party lies within the sound discretion of the Court.'" *Albury v. Strategic Staffing Sols.*, No. 2:24-CV-13263, 2025 U.S. Dist. LEXIS 172534, 2025 WL 2552164, at *2 (E.D. Mich. Sept. 4, 2025) (quoting *Watts v. Novartis Pharms. Corp.*, No. 5:08-cv-02354, 2015 U.S. Dist. LEXIS 40447, 2015 WL 1456647, *4 (N.D. Ohio Mar. 30, 2015)) (citations omitted).

The Court has reviewed the Estate of Michael Mishaw's motion to substitute Margaret Mishaw, personal representative of the Estate of Michael Mishaw, as plaintiff and finds that substitution is appropriate under the circumstances.

Accordingly, **IT IS ORDERED** that the Motion to Substitute Party, ECF No. 29, is **GRANTED**. Margaret Mishaw, as personal representative of the Estate of Michael Mishaw, is hereby substituted as Plaintiff in place of the deceased Michael Mishaw.

**IT IS SO ORDERED.**

/s/ *Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: May 8, 2026